**THE ECLIPSE GROUP LLP**
Edward F. O'Connor, Esq. (SBN123398)
E-mail: efo@eclipsegrp.com
Travis J. Burch, Esq. (SBN 216175)
E-mail: tjb@eclipsegrp.com
Stephen M. Lobbin (SBN 181195)
E-mail: sml@eclipsegrp.com
1920 Main Street, Suite 150
Irvine, California 92614
Telephone: (949) 851-5000
Facsimile: (949) 851-5051

Attorneys for Plaintiff and Counter-Defendant
PRT LOGISTICS SERVICE, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PRT LOGISTICS SERVICE, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br>vs.<br>ALLIED INDUSTRIES, INC., a Nevada corporation,<br>Defendants.<br><br>And related cases. | CASE NO.: CV 11-5211 DSF (JEMx)<br><br>Hon. Dale S. Fischer<br><br>**ORDER TO JOINT STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

- 1 -

1     Pursuant to the parties' Joint Stipulation of Dismissal Pursuant to FRCP
2 41(a)(1)(A)(ii) and good cause appearing, it is hereby
3 ORDERED that:
4     This matter and all claims and counterclaims therein are dismissed in their
5 entirety with prejudice, each party to bear its own costs and fees.
6     **IT IS SO ORDERED.**

DATED: __3/2/12

*/s/ Dale S. Fischer*

Hon. Dale S. Fischer
United States District Court Judge